# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>CHRISTIAN Q. ROMERO,<br><br>Defendant. | Case No. 1:14-mj-00174-SAB<br><br>ORDER SETTING STATUS HEARING |

Upon review of the record of this matter, the Court finds it necessary to hold a status conference in this matter to determine whether government intends to proceed in this matter on the complaint or on the violation notice.

Accordingly, it is HEREBY ORDERED that a status conference shall take place on November 6, 2014 at 10:00 a.m. Defendant need not appear at this status conference.

IT IS SO ORDERED.

Dated: __October 23, 2014__

UNITED STATES MAGISTRATE JUDGE

1