UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>             Plaintiff,<br><br>v.<br><br>CHRISTIAN Q. ROMERO,<br><br>             Defendant. | Case No. 1:14-mj-00174-SAB<br><br>ORDER DISMISSING CASE WITHOUT PREJUDICE PURSUANT TO RULE 43(a)OF THE FEDERAL RULES OF CRIMINAL PROCEDURE |

On November 14, 2014, Plaintiff filed a motion to dismiss this action in the interest of justice without prejudice.  Plaintiff also requests that Defendant be ordered to continue making payments on Citation No. 3430804.  Upon review of the Court's records, Defendant has paid the fine due on Citation No. 3430804 in full.  According, in the interest of justice, IT IS HEREBY ORDERED that:

1. Plaintiff's motion to dismiss Case Number 1:14-mj-00174-SAB against Christian Q. Romano without prejudice is GRANTED;
2. Christian Q. Romero does not need appear on November 20, 2014 at 10:00 a.m.; and
3. This case is disposed of in full by this order.

IT IS SO ORDERED.

Dated:   **November 17, 2014**

UNITED STATES MAGISTRATE JUDGE